IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

VIRGINIA BARNETT                                                              PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:05cv2047KS-JMR

SKELTON TRUCK LINES, LTD.,
MICHAEL PEARSON AND JOHN
DOE NUMBER ONE THROUGH JOHN
DOE NUMBER FIVE                                                          DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 9th day of August, 2006.

        s/ *Keith Starrett*
        UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

 s/Scott J. Schwartz
SCOTT J. SCHWARTZ
ALEX BRINKLEY
ATTORNEYS FOR PLAINTIFF

 s/Victoria Hardy Rundlett
B. STEVENS HAZARD
VICTORIA HARDY RUNDLETT

ATTORNEYS FOR DEFENDANTS
I224-113456/mw